Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorney for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>SIERRA 7-ELEVEN FRANCHISE OWNERS ASSOCIATION dba 7-ELEVEN; SZH PROPERTIES, LLC, a California Limited Liability Company; 7-ELEVEN, INC.,<br><br>    Defendants. | No. 1:13-CV-01637-AWI-SMS<br><br>**PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE TO AFFORD ALL DEFENDANTS TIME TO APPEAR; ORDER THEREON** |

**WHEREAS**, a scheduling conference is currently set in this matter for January 15, 2014, and a joint scheduling report is to be filed no later than January 8, 2014 (Dkt. 5);

**WHEREAS**, Defendant, 7-Eleven, Inc. ("7-Eleven"), was added as a party in the First Amended Complaint filed by Plaintiff, Natividad Gutierrez ("Plaintiff"), on November 8, 2013 (Dkt. 8);

**WHEREAS**, 7-Eleven was served by Waiver of Service of Summons on November 13, 2013 (Dkt. 10), and its responsive pleading is therefore due January 13, 2014;

**WHEREAS**, the last date to complete service on all defendants pursuant to this Court's Order Setting Mandatory Scheduling Conference and Rule 4(a) of the Federal Rules of Civil Procedure is February 7, 2014, and all defendants have been so served;

PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE TO AFFORD
ALL DEFENDANTS TIME TO APPEAR; [PROPOSED] ORDER

Page 1

1  **WHEREAS**, 7-Eleven's required appearance date of January 13, 2014 falls after the January 8, 2014 date on which the joint scheduling report must be filed as well as the last date by which the Parties are to meet and confer;

4  **WHEREAS**, Defendants, Sierra 7-Eleven Franchise Owners Association dba 7-Eleven and SZH Properties, LLC (together with 7-Eleven, collectively, "Defendants") have not yet appeared in this action as Plaintiff is advised that questions regarding indemnification are being addressed as between Defendants prior to any responsive pleadings being filed, and Plaintiff has therefore forestalled requesting any defaults;

9  **WHEREAS**, Plaintiff desires to allow Defendants time to resolve the indemnification issues and appear in this action so that the Parties may meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and Defendants may participate in the drafting of the required joint scheduling report;

13  **NOW, THEREFORE**, Plaintiff respectfully requests that the scheduling conference currently set for January 15, 2014 be continued to a date, at the Court's convenience, after January 31, 2014.

Dated: December 16, 2013                         MOORE LAW FIRM, P.C.

/s/ *Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Natividad Gutierrez

### ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for January 15, 2014 be continued to February 26, 2014 at 11:00 am before Magistrate Judge Sandra M. Snyder in Courtroom 1 of the above-entitled Court, and that the parties file a Joint Scheduling Report no later than seven (7) days prior to the conference.

///

///

PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE TO AFFORD ALL DEFENDANTS TIME TO APPEAR; [PROPOSED] ORDER

Page 2

**IT IS FURTHER ORDERED** that Plaintiff shall immediately serve a copy of this Order on all defendants named in the action.

**IT IS SO ORDERED**.

Dated: 12/16/2013           /s/ SANDRA M. SNYDER
                            SANDRA M. SNYDER
                            United States Magistrate Judge

PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE TO AFFORD ALL DEFENDANTS TIME TO APPEAR; [PROPOSED] ORDER

Page 3