Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>SIERRA 7-ELEVEN FRANCHISE OWNERS ASSOCIATION dba 7-ELEVEN, et al.,<br><br>  Defendants. | No.  1:13-cv-01637-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party is to bear its own fees and costs.

Date: March 4, 2014                                    MOORE LAW FIRM, P.C.


                                                             */s/ Tanya E. Moore*
                                                             Tanya E. Moore
                                                             Attorneys for Plaintiff
                                                             Natividad Gutierrez

NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER

Page 1

**<u>ORDER</u>**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated:  March 4, 2014

_____
SENIOR  DISTRICT  JUDGE